**FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.**

★ JUL 22 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RENA NAMER, on behalf of herself and all others similarly situated,

                    Plaintiff,

-against-

RETRIEVAL MASTERS CREDITORS BUREAU INC. a/k/a AMERICAN MEDICAL COLLECTION AGENCY,

                    Defendant.

Docket No: 1:16-cv-01927-ARR-VMS

STIPULATION OF DISMISSAL

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims against the defendant are dismissed without prejudice with leave to reinstate within 60 days of July 20, 2016, at which time the dismissal will automatically convert to a dismissal, as to Plaintiff's individual claims against the defendant, on the merits and with prejudice. The claims of the putative class members are dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: July 20, 2016

| | |
|---|---|
| LAW OFFICE OF ALAN J. SASSON, P.C.<br>Attorneys for Plaintiff<br>Rena Namer, on behalf of herself and all<br>others similarly situated | HINSHAW & CULBERTSON LLP<br>Attorneys for Defendant<br>Retrieval Masters Creditors Bureau Inc. a/k/a<br>American Medical Collection Agency |
| */s/Alan J. Sasson*<br>Alan J. Sasson<br>2687 Coney Island Avenue – 2nd Floor<br>Brooklyn, New York 11235<br>Tel: (718)339-0856 | */s/Han Sheng Beh*<br>Han Sheng Beh, Esq.<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Tel: (212)471-6200 |

**SO ORDERED**

                    _s/ARR_
                Honorable Allyne R. Ross
                United States District Court Judge